UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No.  8:07-cv-1196-T-24-MSS

THE REAL PROPERTY LOCATED AT
3529 BETHLEHEM ROAD,
DOVER, FLORIDA 33527,

    Defendant.
_____/

**ORDER**

This cause comes before the Court sua sponte.  Upon review of the Complaint filed on July 9, 2007, the undersigned concludes that she should recuse herself from this case.  Accordingly, the Clerk of the Court is directed to randomly reassign this case to another district judge within the division.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of August, 2007.

                                                                SUSAN C. BUCKLEW
                                                                United States District Judge

Copies to:
Counsel of Record