UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 8:07-cv-1196-T-17MSS

THE REAL PROPERTY LOCATED AT
3529 BETHLEHEM ROAD, DOVER,
FLORIDA 33527,

    Defendant.

## DEFAULT JUDGMENT AS TO RESOURCE MORTGAGE CAPITAL, INC., AND JUDGMENT OF FORFEITURE

THIS CAUSE comes before the court on Motion of the United States for Entry of a Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) as to Resource Mortgage Capital, Inc., and for Entry of a Judgment of Forfeiture for the defendant real property, and the Court, being fully advised in the premises, hereby finds as follows:

    1.    On July 9, 2007, the United States filed a Verified Complaint for Forfeiture *in Rem*, seeking forfeiture of the defendant real property listed below pursuant to 21 U.S.C. § 881(a)(7) as property used to commit, or to facilitate the commission of, violations of 21 U.S.C. § 841(a)(1) and 846:

> The real property, including all improvements thereon and appurtenances thereto, located at 3529 Bethlehem Road, Dover, Florida 33527, being the same premises conveyed to David Anzaldua by Warranty Deed on February 24, 1997, recorded on February 28, 1997, as Instrument # 97051516, in the public records of Hillsborough County, Florida, which is legally described as follows:
>
> > The Southwest 1/4 of the Northwest 1/4 of the Southwest 1/4 of Section 34, Township 28 South, Range 21 East, Hillsborough County, Florida; Less the North 573.0 feet, and Less the West 25.0 feet for Road; and all that part of the Northwest 1/4 of the

        Southeast 1/4 of the Southwest 1/4 of Section 34, Township 28 South, Range 21 East, Hillsborough County, Florida, lying North of State Road # 574, Less that part described as follows: Beginning at the intersection of the North right-of-way line of S.R. # 574 (30 feet from centerline) and the West boundary of the Northwest 1/4 of the Southwest 1/4 of the Southeast 1/4 of said Section 34 and proceed North along said West boundary a distance of 309.53 feet; thence East to a point on the East boundary of said Northwest 1/4 of the Southwest 1/4 of the Southeast 1/4, said point being 126.37 feet North of the North R/W line of S.R. # 574; thence South along said East boundary 126.37 feet to the North R/W line of S.R. # 574; thence Southwesterly along said R/W line to the point of beginning, and less the West 25.0 feet for Road.

        Folio Number: 83711-0000
        Parcel Identification Number: U-34-28-21-ZZZ-000003-86210.0

(Doc. 1).

    2.    Notice of the *in Rem* forfeiture proceeding, including a copy of the Complaint, Notice of Forfeiture, and Notice of Designation under Local Rule 3.05, reflecting the United States' intent to dispose of the property, was sent via certified mail, return receipt requested, to the following entities known to have an interest in the property:

    a.    Resource Mortgage Capital, Inc., 4880 Cox Road, Glen Allen, Virginia 23060, Certified Mail No. 7002 0460 0003 7643 4626 on July 17, 2007, received on July 20, 2007 and signed by Frank Wilkins;

    b.    The Honorable Doug Belden, Hillsborough County Tax Collector, 601 E. Kennedy Blvd., 14th Floor, Tampa, Florida 33602, Certified Mail No. 7002 0460 0003 7643 4596, received on July 19, 2007, and signed by Joe Zambito;

    c.    Fort Brooke Bank, 510 Vonderburg Drive, Brandon, Florida 33511, Certified Mail No. 7002 0460 0003 7643 4602 on July 17, 2007, received on July 18, 2007 and signed by Ana Rodriguez;

    d.    David Anzaldua, 3529 Bethlehem Road, Dover, Florida 33527, Certified Mail No. 7002 0460 0003 7643 4848 on August 22, 2007, received on August 27, 2007, and signed by Luis Hernandez.

3. On July 31, 2007, a Verified Statement of Interest was filed by Douglas Beldon, Hillsborough County Tax Collector, for *ad valorem* real property taxes. (Doc. 5).

4. On August 6, 2007, the United States filed the Stipulated Settlement Agreement Between the United States of America and the Hillsborough County Tax Collector, recognizing the interest of the Tax Collector for *ad valorem* real property taxes. (Doc. 7).

5. On August 21, 2007, Colonial Bank, N.A., which acquired Fort Brooke Bank in May 1997, filed a Verified Statement of Right or Interest, stating that Colonial Bank, N.A. had no interest in the defendant property. (Doc. 9).

6. On August 21, 2007, Colonial Bank, N.A., filed an Answer to the Verified Complaint, disclaiming any interest in the defendant property and stating that on April 16, 2007, the mortgage was paid in full. On May 11, 2007, Colonial Bank filed a release of lien on the subject property. (Doc. 10).

7. On July 12, 2007, the United States filed an Indictment in *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, charging defendant David A. Anzaldua and others with conspiracy to possess with intent to distribute and distribution of 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana in violation of 21 U.S.C. §§ 841(b)(1)(A)(vii) and 846. *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, Doc. 24.

8. On October 22, 2007, the Complaint, Notice of Filing Complaint, and Notice of Designation under Local Rule 3.05 were served on the defendant real property. (Doc. 11).

9.     On October 24, 2007, the United States filed a Plea Agreement entered into with defendant David A. Anzaldua in which he pled guilty to the conspiracy and agreed to forfeit the defendant real property to the United States. *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, Doc. 131. (Exhibit A).

10.    On October 28, 2007, the United States filed a Motion for Issuance of a Preliminary Order of Forfeiture for the real property located at 3259 Bethlehem Road, Dover, Florida, and on October 31, 2007, the court entered the Preliminary Order of Forfeiture, which divested David A. Anzaldua of his interest in the property. *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, Docs. 161, 166. (Exhibit B).

11.    On November 2, 2007, the United States filed U.S. Marshals Service Form 285, reflecting that notice of the forfeiture of the defendant property was published once a week for three consecutive weeks in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida, on September 17, 2007, September 24, 2007, and October 1, 2007, in accordance with Rule G(4)(a)(iii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P. (Doc. 12).

12.    On November 28, 2007, the Court entered an Order to Show Cause why this case should not be dismissed for lack of prosecution due to the non-filing of a Case Management report within the time prescribed by Local Rule 3.05. (Doc. 13).

13.    On December 3, 2007, the United States filed an Application for Default against Resource Mortgage Capital, Inc. (Doc. 14).

14. On December 11, 2007, the United States filed a Motion for Entry of Default Judgment as to Resource Mortgage Capital, Inc., and for Entry of a Judgment of Forfeiture. (Doc. 16).

15. On or about December 11, 2007, the United States was notified that the address of the property found subject to forfeiture pursuant to the Preliminary Order of Forfeiture in *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, was 3259 Bethlehem Road, Dover, Florida, not 3529 Bethlehem Road, Dover, Florida, as in the instant case, although the United States asserted that they were the same property.

16. On December 13, 2007, the United States filed a Motion for Issuance of an Amended Preliminary Order of Forfeiture in *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, seeking forfeiture of David A. Anzaldua's right, title, and interest in the real property located at 3529 Bethlehem Road, Dover, Florida, the correct address of the property. *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, Doc. 220.

17. On December 21, 2007, the Court entered the Amended Preliminary Order of Forfeiture in *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, forfeiting to the United States of America all right, title, and interest of defendant David A. Anzaldua in the real property located at 3529 Bethlehem Road, Dover, Hillsborough County, Florida, the same property that is the defendant in the instant forfeiture action. *United States v. Jose Martin Siller-Luna*, Case No. 6:07-cr-103-Orl-31KRS, Doc. 232.

18.     To date, no person or entity, other than the Hillsborough County Tax Collector, has filed a verified claim to the defendant real property in accordance with Supplemental Rule G(5) within the time prescribed by law, and the time for filing such a claim has expired.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED**

1.     That judgment of default is entered against Resource Mortgage Capital, Inc., pursuant to Fed. R. Civ. P. 55(b)(2) for failure to file a claim within 35 days from the receipt of notice of the forfeiture, as required under Supplemental Rule G(5)(a)(ii)(A);

2.     That all right, title, and interest in the defendant property is forfeited to the United States, subject to the Stipulated Settlement Agreement between the United States of America and the Hillsborough County Tax Collector; and

3.     Clear title to the defendant property is vested in the United States of America for disposition according to law.

DONE and ORDERED in chambers in Tampa, Florida, this 24th day of January, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE