UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 8:07-cv-1196-T-17MSS

THE REAL PROPERTY LOCATED AT
3529 BETHLEHEM ROAD, DOVER,
FLORIDA 33527,

    Defendant.

## ORDER VACATING THE DEFAULT JUDGMENT AS TO RESOURCE MORTGAGE CAPITAL, INC., AND JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on motion of the United States for an Order Vacating the Default Judgment as to Resource Mortgage Capital, Inc., and Judgment of Forfeiture (Doc. 19) entered by this court on January 24, 2008. The court, being fully advised in the premises, finds that it is in the best interest of the United States to vacate the court's order. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States' motion is GRANTED.

The Default Judgment as to Resource Mortgage Capital, Inc., and Judgment of Forfeiture is hereby VACATED, and the United States holds no interest in the real property located at 3529 Bethlehem Road, Dover, Florida 33527, which is legally described as follows:

The Southwest 1/4 of the Northwest 1/4 of the Southwest 1/4 of Section 34, Township 28 South, Range 21 East, Hillsborough County, Florida; Less the North 573.0 feet, and Less the West 25.0 feet for Road; and all that part of the Northwest 1/4 of the Southeast 1/4 of the Southwest 1/4 of Section 34, Township 28 South, Range 21 East, Hillsborough County, Florida, lying North of State Road # 574, Less that part described as follows: Beginning at the intersection of the North right-of-way line of S.R. # 574 (30 feet from centerline) and the West boundary of the Northwest 1/4 of the Southwest 1/4 of the Southeast 1/4 of said Section 34 and proceed North along said West boundary a distance of 309.53 feet; thence East to a point on the East boundary of said Northwest 1/4 of the Southwest 1/4 of the Southeast 1/4, said point being 126.37 feet North of the North R/W line of S.R. # 574; thence South along said East boundary 126.37 feet to the North R/W line of S.R. # 574; thence Southwesterly along said R/W line to the point of beginning, and less the West 25.0 feet for Road.

Folio Number: 83711-0000

Parcel Identification Number: U-34-28-21-ZZZ-000003-86210.0

**DONE** and **ORDERED** in Chambers in Tampa, Florida this _23rd_ day of January, 2009.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2